```
           UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF NEW HAMPSHIRE
```

Daniel John Riley

       v.                          Case No. 10-cv-218-SM

Mark Alford, et al.

                            O R D E R

    I hereby recuse myself from this case.

    SO ORDERED.

July 23, 2010                                  _____
                                              Steven J. McAuliffe
                                              Chief Judge

cc:  Swen D. Wiberg, Esq.