```
               UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

Daniel John Riley

    v.                                          Civil No. 10-cv-218-SM

Mark Alford, et al.

## ORDER OF RECUSAL

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

                                                _____
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Date:  July 27, 2010

cc:  Sven D. Wiberg, Esq.