UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Daniel John Riley</u>

      v.                        Civil No. 10-cv-00218-JL

<u>Mark Alford, et al.</u>

## <u>ORDER OF RECUSAL</u>

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  July 27, 2010

cc:  Sven D. Wiberg, Esq.