UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Daniel John Riley

    v.                            Civil No. 10-cv-218-SM

Mark Alford, et al.


O R D E R

The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                                /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: July 27, 2010

cc: Sven D. Wiberg, Esquire