```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Daniel John Riley**

    **v.**                                    Case No. 10-cv-218-SM

**Mark Alford, et al.**


### O R D E R

I recuse myself from presiding over this case and direct that the case be assigned to another judge.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

August 3, 2010

cc: Sven Wiberg, Esq.