UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Daniel John Riley

      v.                                         Civil Action No. 10-cv-218

Mark Alford, et al


# O R D E R

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f).    I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).


    SO ORDERED.


Date:   August   3, 2010                   /s/ Steven J. McAuliffe
                                    Steven J. McAuliffe
                                    Chief Judge

cc:    Sven D. Wiberg, Esq.
       Clerk, USDC - District of Maine

## <u>CONCURRING ORDER</u>

I concur and designate and assign <u>George Z. Singal</u>, a district judge in active service to preside over the above-captioned case. As Judge Singal has presided over matters related to the facts underlying this complaint, I have determined that he is the appropriate judge to preside over this case in order to avoid duplication of effort.

I further concur that an emergency exists as specified above and that for the duration of this case <u>Magistrate Judge John H. Rich III</u> is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.


Date: August 6, 2010              /s/John A. Woodcock, Jr._____
                                  Chief United States District Judge
                                  District of Maine


cc:    Sven D. Wiberg, Esq.
       Clerk, USDC- District of New Hampshire