UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Daniel John Riley</u>

        v.                                    Civil No. 10-cv-218-GZS

<u>James Allandydy, et al.</u>


<u>O R D E R</u>

On October 27, 2011, Daniel John Riley filed a Motion for Direct Entry of Final Judgment on Dismissed Claims, Docket #37. This motion is herewith ordered removed and stricken from the docket pursuant to Local Rule 4.3(e); the original motion shall be returned to Mr. Riley.

      SO ORDERED.


October 28, 2011                                <u>/s/ John H. Rich III</u>
                                                          United States Magistrate Judge
                                                          John H. Rich III


cc:    Sven Wiberg, Esq.
        Seth R. Aframe, Esq.
        T. David Plourde, Esq.
        Daniel John Riley