UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DANIEL JOHN RIGHT, | ) |
| Plaintiff | ) |
| v. | ) No. 1:10-cv-218-GZS |
| JAMES ALLANDYDY, et al., | ) |
| Defendants | ) |

REPORT OF HEARING AND ORDER
RE: STATUS

Held in Portland, Maine, by telephone on February 3, 2012, at 1:00 p.m.

Presiding:        John H. Rich III, United States Magistrate Judge

Appearances:   For the Plaintiff:  Sven Wiberg, Esq.

                         For the Defendants:  Seth Aframe, Esq.
                                                       David Plourde, Esq.

The telephone conference was held in response to a January 23, 2012, email to the court from Attorney Wiberg reporting that the parties had no further discovery disputes requiring court intervention but requesting, without objection, an additional 30-day extension in the parties' January 24, 2012, discovery deadline in view of (i) technical difficulties in the government's production of a videotape and (ii) Attorney Wiberg's need to afford his client an opportunity to review and comment on recently produced discovery, including the videotape.

1

Treating Attorney Wiberg's request as an oral motion to extend the discovery deadline, and relying on his representation that he anticipates no further discovery disputes in this case, I **_GRANTED_** it without objection, extending the discovery deadline to February 23, 2012. In addition, without objection, and as contemplated by my January 11, 2012, report of hearing and order, *see* Docket No. 43, I **_DISMISSED_** without prejudice the defendants' pending motion for summary judgment, *see* Docket No. 30, and **_SET_** deadlines of February 24, 2012, the day after the close of discovery, for the defendants to re-file their summary judgment motion; March 16, 2012, for the plaintiff to respond; and March 30, 2012, for the defendants to file any reply. I further **_ORDERED_** this case removed from the April 2012 trial list. If the defendants' summary judgment motion is not fully dispositive of the case, I will convene a teleconference with counsel shortly after the adjudication of that motion to discuss the setting of deadlines for expert discovery and the resetting of a trial date.

**_SO ORDERED_**.

### CERTIFICATE AND NOTICE

A. This report fairly reflects the actions taken at the hearing and shall be filed forthwith.

B. In accordance with Fed. R. Civ. P. 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof. Failure to file a timely objection shall constitute a waiver of the right to review by the district court and to any further appeal of this order.

Dated this 5th day of February, 2012.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge